IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC JOHNSON, as the Special Administrator of the Estate of ETOYCE JOHNSON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OKLAHOMA, *ex rel.*, OKLAHOMA DEPARTMENT OF PUBLIC SAFETY, *et al.*<br><br>Defendants. | Case No.: 18-CV-463-GKF-FHM |

**PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION TESTIMONY OF HAROLD BLISH, TAKEN DECEMBER 4, 2019**

COMES NOW the Plaintiff, Eric Johnson, and hereby designations the following pages and lines of testimony given by Harold Blish in this case:

| Page | Line | Through | Page | Line |
|---|---|---|---|---|
| 6 | 24 | | 7 | 6 |
| 10 | 17 | | 11 | 2 |
| 11 | 19 | | 11 | 22 |
| 12 | 2 | | 13 | 4 |
| 13 | 19 | | 14 | 5 |
| 15 | 7 | | 15 | 20 |
| 17 | 7 | | 17 | 16 |
| 17 | 22 | | 18 | 10 |
| 18 | 12 | | 18 | 15 |
| 18 | 18 | | 19 | 15 |

| | | | | |
|---|---|---|---|---|
| 20 | 21 | | 22 | 20 |
| 23 | 11 | | 27 | 13 |
| 28 | 7  | | 29 | 18 |
| 30 | 13 | | 30 | 25 |
| 33 | 10 | | 33 | 18 |
| 34 | 14 | | 34 | 22 |
| 36 | 8  | | 36 | 11 |
| 36 | 20 | | 38 | 1  |

Plaintiff further designates herein Exhibit numbers 1-3 to the deposition of Harold Blish, taken December 4, 2019.

Respectfully submitted,

SMOLEN | LAW, PLLC

/s/Laura L. Hamilton
Donald E. Smolen, II (OBA# 19944)
Laura L. Hamilton (OBA# 22619)
611 South Detroit Avenue
Tulsa, OK 74120
don@smolen.law
laura@smolen.law
(918) 777-4529
(918) 890-4529 (Fax)
*Attorneys for Plaintiff*

## CERTIFICATE OF ELECTRONIC SERVICE

     I hereby certify that on this 29th day of July, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record.

                                              /s/Donald E. Smolen, II