**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

December 07, 2020

Jane K. Castro
Chief Deputy Clerk

Ms. Laura L. Hamilton
Smolen Roytman
701 South Cincinnati Avenue
Tulsa, OK 74119

Mr. Gary Jay James
Gary J. James & Associates, P.C.
P.O. Box 2443
Oklahoma City, OK 73101

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

Mr. Kevin L. McClure
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

Mr. Lawrence R. Murphy Jr.
Mr. Donald E. Smolen II
Mr. Dustin Vanderhoof
Smolen Law
611 S. Detroit Ave.
Tulsa, OK 74012

**RE:   20-5083, Johnson v. State of Oklahoma ex rel., et al**
         Dist/Ag docket: 4:18-CV-00463-GKF-FHM

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

CMW/djd

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 20-5083 Johnson v. State of Oklahoma ex rel., et al "Mandate issued" (4:18-CV-00463-GKF-FHM) |
| **Date:** | Monday, December 7, 2020 10:37:42 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 12/07/2020 at 9:34:52 AM MST and filed on 12/07/2020

**Case Name:** Johnson v. State of Oklahoma ex rel., et al
**Case Number:** 20-5083
**Document(s):** Document(s)

**Docket Text:**
[10791302] Mandate issued. [20-5083]

**Notice will be electronically mailed to:**

Ms. Laura L. Hamilton: laurahamilton@ssrok.com
Mr. Gary Jay James: gary@garyjameslaw.com
Mr. Mark C. McCartt, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Mr. Kevin L. McClure: kevin.mcclure@oag.ok.gov, docket@oag.ok.gov, riskdocket@omes.ok.gov, mark.white@oag.ok.gov
Mr. Lawrence R. Murphy, Jr.: larry@smolen.law
Mr. Donald E. Smolen, II: don@smolen.law, laura@smolen.law, dustin@smolen.law, larry@smolen.law, ally@smolen.law, jessica@smolen.law, megan@smolen.law, hunter@smolen.law, jack@smolen.law
Mr. Dustin Vanderhoof: dustin@smolen.law

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter - Case Dismissed
**Original Filename:** /opt/ACECF/live/forms/DianeDimiceli_205083_10791302_165.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=12/07/2020] [FileNumber=10791302-0]
[ad49eaba1ba765ae14311a26476d514af15ab43865b786f4af47b22c68f8d8832db0049f1421d1113a9abe33c58dd25894174c483a2d02ff43b773bfbb1f3361]]
**Recipients:**

- Ms. Laura L. Hamilton
- Mr. Gary Jay James
- Mr. Mark C. McCartt, Clerk of Court (oclk)
- Mr. Kevin L. McClure
- Mr. Lawrence R. Murphy, Jr.
- Mr. Donald E. Smolen, II
- Mr. Dustin Vanderhoof